Crotty/J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 2 1 2007

| | |
|---|---|
| Faisal Mustafa, Individually and On Behalf of All Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>Limelight Networks, Inc., Goldman Sachs & Co., Morgan Stanley & Co., Inc., Jeffrey Lunsford, Nathan Raciborski, Allan M. Kaplan, Joseph H. Gleberman, and Peter J. Perrone,<br><br>Defendants. | ECF CASE<br><br>Civ. No. 07-CV-7205 (PAC)<br><br>STIPULATION AND [PROPOSED] PAC ORDER EXTENDING DEFENDANTS' TIME TO RESPOND PENDING DECISION ON MOTION TO TRANSFER VENUE |
| Hendo Weemink, Individually and On Behalf of All Those Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>Limelight Networks, Inc., Goldman Sachs & Co., Morgan Stanley & Co., Inc., Jefferies & Company, Inc., Piper Jaffray & Co., Friedman, Billings, Ramsey, & Co., Inc., Jeffrey Lunsford, Matthew Hale, Walter D. Amaral, Joseph H. Gleberman, Frederic W. Harman, Mark A. Jung, Allan M. Kaplan, Peter J. Perrone, David C. Peterschmidt, Nathan F. Raciborski, and Gary Valenzuela,<br><br>Defendants. | ECF CASE<br><br>Civ. No. 07-CIV-7404 (PAC) |
| Scott Kairalla, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>Limelight Networks, Inc., Jeffrey W. Lunsford, Michael M. Gordon, William H. Rinehart, Matthew Hale, Nathan F. Raciborski, Walter D. Amaral, Joseph H. Gleberman, Frederic W. | ECF CASE<br><br>Civ. No. 07-CIV-7417 (PAC) |

| | |
|---|---|
| Harman, Mark. A Jung, Allan M. Kaplan, Peter J. Perrone, David C. Peterschmidt, Gary Valenzuela, Goldman Sachs & Co., Jefferies & Company, Inc., Morgan Stanley & Co., Incorporated, Piper Jaffray & Co., and Friedman, Billings, Ramsey, & Co., Inc.,<br><br>   Defendants. | |
| Tim Radecki, Individually and On Behalf of All Others Similarly Situated,<br><br>   Plaintiff,<br><br>   v.<br><br>Limelight Networks, Inc., Jeffrey W. Lunsford, Matthew Hale, Nathan F. Raciborski, Allan M. Kaplan, Joseph H. Gleberman, Peter J. Perrone, Goldman, Sachs & Co., Morgan Stanley & Co. Incorporated,<br><br>   Defendants. | ECF CASE<br><br>Civ. No. 07-CIV-7394 (PAC) |
| Benjamin Paul, Individually and On Behalf of All Others Similarly Situated,<br><br>   Plaintiff,<br><br>   v.<br><br>Limelight Networks, Inc.; Goldman Sachs & Co.; Morgan Stanley & Co., Inc.; Jeffrey W. Lunsford; Nathan F. Raciborski; and Allan M. Kaplan,<br><br>   Defendants. | ECF CASE<br><br>Civ. No. 07-CIV-7432 (PAC) |
| Alice Artis, Individually and On Behalf of All Others Similarly Situated,<br><br>   Plaintiff,<br><br>   v.<br><br>Limelight Networks, Inc., Jeffrey W. Lunsford, Matthew Hale, Nathan F. Raciborski, Michael M. Gordon, William H. Rinehart, Allan M. Kaplan, Walter D. Amaral, Joseph H. Gleberman, Frederic W. Harman, Mark. A Jung, Peter J. | ECF CASE<br><br>Civ. No. 07-CIV-7475 (PAC) |

Perrone, David C. Peterschmidt, Gary )
Valenzuela, Goldman, Sachs & Co., Morgan )
Stanley & Co., Inc., Jefferies & Company, Inc., )
Piper Jaffray & Co., and Friedman, Billings, )
Ramsey, & Co., Inc., )
)
       Defendants. )
)

      WHEREAS, the above-captioned six related class action complaints (the "Actions") have been filed in this Court against defendants Limelight Networks, Inc., Jeffrey W. Lunsford, Matthew Hale, Nathan F. Raciborski, Michael M. Gordon, William H. Rinehart, Allan M. Kaplan, Walter D. Amaral, Joseph H. Gleberman, Frederic W. Harman, Mark. A Jung, Peter J. Perrone, David C. Peterschmidt, Gary Valenzuela (collectively the "Limelight Defendants"), and Goldman, Sachs & Co., Morgan Stanley & Co. Incorporated, Jefferies & Company, Inc., Piper Jaffray & Co., and Friedman, Billings, Ramsey & Co., Inc., (all collectively "Defendants"), alleging violations of the federal securities laws;

      WHEREAS, Defendants have agreed through their counsel to accept service pursuant to Federal Rule of Civil Procedure 4(d);

      WHEREAS, the Limelight Defendants have advised plaintiffs' counsel that they intend to file a motion to transfer these actions to the United States District Court for the District of Arizona under 28 U.S.C. § 1404(a) ("Motion to Transfer");

      WHEREAS, the Limelight Defendants proposed, and plaintiffs in all Actions agree, that it would conserve party and judicial resources if the time for all Defendants to respond, either by answer or by motion, to the Actions was extended until after the Court rules on the Motion to Transfer;

      NOW THEREFORE, it is hereby stipulated and agreed by the parties to these Actions, by and through their undersigned counsel and subject to the approval of the Court, as follows:

1. Defendants need not respond to the current complaints in each of the Actions until after the Court's decision on the Motion to Transfer.

2. Following the Court's decision of the Motion to Transfer, or such other time as the parties may agree or as the Court may direct, the parties will meet and confer regarding a schedule for Defendants' response to any of the complaints in the Actions (or a subsequently filed consolidated complaint), whether by motion or by answer.

Dated: September 20, 2007

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: _____
Gideon A. Schor

1301 Avenue of the Americas
40th Floor
New York, New York 10019-6022
Telephone: (212) 999-5800
Facsimile: (212) 999-5899

Attorney for Defendants Limelight Networks, Inc., Jeffrey W. Lunsford, Matthew Hale, Walter D. Amaral, Joseph H. Gleberman, Frederic W. Harman, Mark A. Jung, Allan M. Kaplan, Peter J. Perrone, David C. Peterschmidt, Nathan F. Raciborski, William H. Rinehart, and Gary Valenzuela

Dated: September 20, 2007        SHEARMAN & STERLING LLP

By: _Alan Goudiss /AS._
Alan S. Goudiss

599 Lexington Avenue
New York, New York 10022

Telephone: (212) 848-4000
Facsimile: (212) 848-7179

Attorneys for Defendants Goldman, Sachs &
Co., Morgan Stanley & Co. Incorporated,
Jefferies & Company, Inc., Piper Jaffray & Co.,
and Friedman, Billings, Ramsey & Co., Inc.,


Dated: September 19, 2007        PASKOWITZ & ASSOCIATES

By: _Laurence Paskowitz /AA._
Laurence D. Paskowitz, Esq.

60 East 42nd Street—46th Floor
New York, New York 10165

Telephone: (212) 685-0969
Facsimile: (212) 685-2306

lpaskowitz@pasklaw.com

ROY JACOBS & ASSOCIATES
Roy L. Jacobs, Esq.
60 East 42nd Street
46th Floor
New York, New York 10165

Telephone: (212) 867-1156
Facsimile: (212) 504-8343

Rljacobs@pipeline.com

Attorneys for Plaintiff Faisal Mustafa

- 3 -

Dated: September 17, 2007

WOLF HALDENSTEIN ADLER FREEMAN
& HERZ LLP

By: /s/ Gregory Nespole
   Gregory M. Nespole
   Laurence J. Hasson

270 Madison Avenue
White Plains, New York 10016

Telephone: (212) 545-4600
Facsimile: (212) 545-4653

LAW OFFICES OF BRIAN M. FELGOISE, P.C.
Brian M. Felgoise, Esq.
The Pavilion
261 Old York Road – Suite 423
Jenkintown, PA 19046

Telephone: (215) 886-1900
Facsimile: (215) 886-1909

Attorneys for Plaintiff Hendo Weemink

Dated: September 1⁷, 2007       COUGHLIN STOIA GELLER RUDMAN &
                                 ROBBINS LLP


                                 By: _David Rosenfeld /s/_____
                                     Samuel H. Rudman
                                     David A. Rosenfeld

                                 58 South Service Road, Suite 200
                                 Melville, NY 11747

                                 Telephone: (631) 367-7100
                                 Facsimile: (631) 367-1173

                                 COUGHLIN STOIA GELLER RUDMAN &
                                 ROBBINS LLP
                                 Darren J. Robbins
                                 David C. Walton
                                 Catherine J. Kowalewski
                                 655 West Broadway, Suite 1900
                                 San Diego, CA 92101

                                 Telephone: (619) 231-1058
                                 Facsimile: (619) 231-7423

                                 Attorneys for Plaintiff Scott Kairalla


Dated: September __, 2007        KLAFTER & OLSEN LLP


                                 By: _____
                                     Jeffrey A. Klafter

                                 1311 Mamaroneck Avenue, Suite 220
                                 White Plains, New York 10605

                                 Telephone: (914) 997-5656
                                 Facsimile: (914) 997-2444

                                 KLAFTER & OLSEN LLP
                                 Kurt B. Olsen
                                 1250 Connecticut Ave., N.W., Suite 200
                                 Washington, DC 20036

                                 Telephone: (202) 261-3553
                                 Facsimile: (202) 261-3533

                                 Attorneys for Plaintiff Tim Radecki

Fax Server

Dated: September __, 2007          COUGHLIN STOIA GELLER RUDMAN &
                                   ROBBINS LLP


                                   By: _____
                                       Samuel H. Rudman
                                       David A. Rosenfeld

                                   58 South Service Road, Suite 200
                                   Melville, NY 11747

                                   Telephone: (631) 367-7100
                                   Facsimile: (631) 367-1173

                                   COUGHLIN STOIA GELLER RUDMAN &
                                   ROBBINS LLP
                                   Darren J. Robbins
                                   David C. Walton
                                   Catherine J. Kowalewski
                                   655 West Broadway, Suite 1900
                                   San Diego, CA 92101

                                   Telephone: (619) 231-1058
                                   Facsimile: (619) 231-7423

                                   Attorneys for Plaintiff Scott Kairalla


Dated: September 19, 2007          KLAFTER & OLSEN LLP


                                   By: /s/ Jeffrey A. Klafter
                                       Jeffrey A. Klafter

                                   1311 Mamaroneck Avenue, Suite 220
                                   White Plains, New York 10605

                                   Telephone: (914) 997-5656
                                   Facsimile: (914) 997-2444

                                   KLAFTER & OLSEN LLP
                                   Kurt B. Olsen
                                   1250 Connecticut Ave., N.W., Suite 200
                                   Washington, DC 20036

                                   Telephone: (202) 261-3553
                                   Facsimile: (202) 261-3533

                                   Attorneys for Plaintiff Tim Radecki

- 5 -

| | |
|---|---|
| Dated: September 17, 2007 | THE ROSEN LAW FIRM, P.A.<br><br>By: _Lawrence Rosen /s/_<br>    Phillip Kim<br>    Lawrence Rosen<br><br>350 Fifth Avenue, Suite 5508<br>New York, New York 10118<br><br>Telephone: (212) 686-1060<br>Facsimile: (212) 202-3827<br><br>Attorneys for Plaintiff Benjamin Paul |
| Dated: September 17, 2007 | BRODSKY & SMITH, LLC<br><br>By: _Evan Smith /s/_<br>    Evan J. Smith<br><br>240 Mineola Boulevard<br>Mineola, NY 11501<br><br>Telephone: (516) 741-4977<br>Facsimile: (516) 741-0626<br><br>SCHIFFRIN BARROWAY TOPAZ<br>& KESSLER, LLP<br>Richard A. Maniskas<br>D. Seamus Kaskela<br>280 King of Prussia Rd.<br>Radnor, PA 19087<br><br>Telephone: (610) 667-7706<br>Facsimile: (610) 667-7056<br><br>Attorneys for Plaintiff Alice Artis |

SO ORDERED: 9/21/07

_/s/ Paul A. Crotty_
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE