Gideon A. Schor (GS-5932)
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Tel:  (212) 999-5800
Fax:  (212) 999-5899

Boris Feldman
Ignacio E. Salceda
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
650 Page Mill Road
Palo Alto, California 94304-1050
Tel: (650) 493-9300
Fax: (650) 493-6811

*Attorneys for Defendants*
*Limelight Networks, Inc., Jeffrey W. Lunsford,*
*Matthew Hale, Walter D. Amaral, Joseph H.*
*Gleberman, Michael M. Gordon, Frederic W. Harman,*
*Mark A. Jung, Allan M. Kaplan, Peter J. Perrone,*
*David C. Peterschmidt, Nathan F. Raciborski, William H.*
*Rinehart, and Gary Valenzuela*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED SEP 2 8 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Faisal Mustafa, Individually and On Behalf of All Those Similarly Situated, ) ) ) | **ECF CASE** |
| Plaintiff, ) ) | **Civ. No. 07-CV-7205 (PAC)** |
| vs. ) ) | **ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE OF BORIS FELDMAN** |
| Limelight Networks, Inc., Goldman Sachs & Co., Morgan Stanley & Co., Inc., Jeffrey Lunsford, Nathan Raciborski, Allan M. Kaplan, Joseph H. Gleberman, and Peter J. Perrone, ) ) ) ) ) | |
| Defendants. ) | |
| Hendo Weernink, Individually and On Behalf of All Those Similarly Situated, ) ) ) | **ECF CASE** |
| Plaintiff, ) ) | **Civ. No. 07-CIV-7404 (PAC)** |
| vs. ) | |

Limelight Networks, Inc., Goldman Sachs & Co.,  )
Morgan Stanley & Co., Inc., Jefferies &          )
Company, Inc., Piper Jaffray & Co., Friedman,    )
Billings, Ramsey, & Co., Inc., Jeffrey Lunsford, )
Matthew Hale, Walter D. Amaral, Joseph H.        )
Gleberman, Frederic W. Harman, Mark A. Jung,     )
Allan M. Kaplan, Peter J. Perrone, David C.      )
Peterschmidt, Nathan F. Raciborski, and Gary     )
Valenzuela,                                      )
                                                 )
_____Defendants._____)

Scott Kairalla, Individually and On Behalf of All  )     **ECF CASE**
Others Similarly Situated,                         )
                                                   )
                    Plaintiff,                     )     **Civ. No. 07-CIV-7417 (PAC)**
                                                   )
          vs.                                      )
                                                   )
Limelight Networks, Inc., Jeffrey W. Lunsford,     )
Michael M. Gordon, William H. Rinehart,            )
Matthew Hale, Nathan F. Raciborski, Walter D.      )
Amaral, Joseph H. Gleberman, Frederic W.           )
Harman, Mark A. Jung, Allan M. Kaplan, Peter J.    )
Perrone, David C. Peterschmidt, Gary               )
Valenzuela, Goldman Sachs & Co., Jefferies &       )
Company, Inc., Morgan Stanley & Co.,               )
Incorporated, Piper Jaffray & Co., and Friedman,   )
Billings, Ramsey, & Co., Inc.,                     )
                                                   )
_____Defendants._____)

Tim Radecki, Individually and On Behalf of All  )     **ECF CASE**
Others Similarly Situated,                      )
                                                )     **Civ. No. 07-CIV-7394 (PAC)**
                    Plaintiff,                  )
                                                )
          vs.                                   )
                                                )
Limelight Networks, Inc., Jeffrey W. Lunsford,  )
Matthew Hale, Nathan F. Raciborski, Allan M.    )
Kaplan, Joseph H. Gleberman, Peter J. Perrone,  )
Goldman, Sachs & Co., Morgan Stanley & Co.      )
Incorporated,                                   )
                                                )
_____Defendants._____)

Benjamin Paul, Individually and On Behalf of All  )     **ECF CASE**
Others Similarly Situated,                        )
                                                  )     **Civ. No. 07-CIV-7432 (PAC)**
                    Plaintiff,                    )
                                                  )

vs.                                              )
                                                 )
Limelight Networks, Inc.; Goldman Sachs & Co.;   )
Morgan Stanley & Co., Inc.; Jeffrey W.           )
Lunsford; Nathan F. Raciborski; and Allan M.     )
Kaplan,                                          )
                                                 )
_____Defendants._____        )
                                                 )
Alice Artis, Individually and On Behalf of All   )    **ECF CASE**
Others Similarly Situated,                       )
                                                 )    **Civ. No. 07-CIV-7475 (PAC)**
                      Plaintiff,                 )
                                                 )
vs.                                              )
                                                 )
Limelight Networks, Inc., Jeffrey W. Lunsford,   )
Matthew Hale, Nathan F. Raciborski, Michael M.   )
Gordon, William H. Rinehart, Allan M. Kaplan,    )
Walter D. Amaral, Joseph H. Gleberman,           )
Frederic W. Harman, Mark A. Jung, Peter J.       )
Perrone, David C. Peterschmidt, Gary             )
Valenzuela, Goldman, Sachs & Co., Morgan         )
Stanley & Co., Inc., Jefferies & Company, Inc.,  )
Piper Jaffray & Co., and Friedman, Billings,     )
Ramsey, & Co., Inc.,                             )
                                                 )
_____Defendants._____        )

THIS MATTER having been brought before the Court by defendants Limelight

Networks, Inc., Jeffrey W. Lunsford, Matthew Hale, Walter D. Amaral, Joseph H.

Gleberman, Michael M. Gordon, Frederic W. Harman, Mark A. Jung, Allan M. Kaplan,

Peter J. Perrone, David C. Peterschmidt, Nathan F. Raciborski, William H. Rinehart and

Gary Valenzuela (the "Limelight Defendants") for an order pursuant to Local Civil Rule

1.3 admitting Boris Feldman to appear and participate *pro hac vice* in this action on

behalf of the Limelight Defendants, and for good cause shown;

IT IS on this 28 day of September , 2007;

ORDERED that Boris Feldman, being a member in good standing of the bar of

the State of California, be permitted to appear *pro hac vice* in the above-captioned matter.

The attorney admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

Honorable Paul A. Crotty
United States District Judge