UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TIM RADECKI on behalf of himself and
all others similarly situated,

                         Plaintiff(s),            Case No. 07 Civ. 7394

    -against-

                                **AFFIDAVIT OF SERVICE**

LIMELIGHT NETWORKS, INC., **ET AL.,**

                        Defendant(s).
-------------------------------------------------------------X
STATE OF NEW YORK    )
                               s.s.:
COUNTY OF NEW YORK  )

      JASON AGEE, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.
      That on the 23rd day of August, 2007, at approximately 5:30 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION and CLASS ACTION COMPLAINT FOR VIOLATIONS OF FEDERAL SECURITIES LAWS** upon Goldman Sachs & Co. at One New York Plaza, New York, New York 10004 by personally delivering and leaving the same with Joanne Cook, Vice President, who is authorized by law to accept service.
      Joanne Cook is a white female, approximately 46 years of age, approximately 5 feet and 7 inches tall, weighs approximately 116 pounds, with long curly black hair and light eyes and was wearing glasses.

Sworn to before me this
24th day of August, 2007

JASON AGEE #1196790

MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-9851559
Qualified in New York County
Commission expires February 3, 2010