UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TIM RADECKI on behalf of himself and
all others similarly situated,

                         Plaintiff(s),           Case No. 07 Civ. 7394

    -against-

                                      **AFFIDAVIT OF SERVICE**

LIMELIGHT NETWORKS, INC., **ET AL.**

                        Defendant(s).
-----------------------------------------------------------X
STATE OF NEW YORK    )
                            s.s.:
COUNTY OF NEW YORK  )

       JASON AGEE, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.
       That on the 22nd day of August, 2007, at approximately 1:23 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION and CLASS ACTION COMPLAINT FOR VIOLATIONS OF FEDERAL SECURITIES LAWS** upon Morgan Stanley & Co. Incorporated at 1633 Broadway, New York, New York by personally delivering and leaving the same with Lauren Galluccil, Associate, who is authorized by appointment to accept service
       Lauren Galluccil is a white female, approximately 25-30 years of age, approximately 5 feet and 6 inches tall, weighs approximately 120 pounds, with long brown hair and **dark** brown eyes.

Sworn to before me this
24th day of August, 2007

                                                     JASON AGEE #1196790

MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2010