UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIM RADECKI on behalf of himself and
all others similarly situated,

                      Plaintiff(s),         Case No. 07 Civ. 7394

   -against-

                                            **AFFIDAVIT OF SERVICE**

LIMELIGHT NETWORKS, INC., **ET AL.**,

                      Defendant(s).
-------------------------------------------------------X
STATE OF NEW YORK    )
                               s.s:
COUNTY OF NEW YORK  )

       JASON AGEE, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.
       That on the 23rd day of August, 2007, at approximately 5:30 p.m., deponent served a true copy of the **Summons in a Civil Action and Class Action Complaint for Violations of Federal Securities Laws** upon Peter J. Perrone c/o Goldman Sachs & Co. at One New York Plaza, New York, New York 10004 by personally delivering and leaving the same with Joanne Cook, Vice President, who is a person of suitable age and discretion, at that address, the actual place of business of the defendant.
       Joanne Cook is a white female, approximately 46 years of age, approximately 5 feet and 7 inches tall, weighs approximately 116 pounds, with long curly black hair and light eyes and was wearing glasses.
       That on the 27th day of August, 2007 deponent served another copies of the foregoing upon the defendant by enclosing same in securely sealed and postpaid wrappers with the words "PERSONAL and CONFIDENTIAL" written on the same, and not indicating on the outside that it is from an attorney or concerns a legal matter, and depositing the same into an official depository maintained by the Government of the United States, City and State of New York, addressed as follows:

Peter J. Perrone                                    Peter J. Perrone
c/o Goldman Sachs & Co.                    c/o Goldman Sachs & Co.
One New York Plaza                            85 Broad Street
New York, New York 10004                 New York, New York 10004

Sworn to before me this
28th day of August, 2007

_____                             JASON AGEE #1196790
MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2010